## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

| | |
|---|---|
| SIG SAUER INC., <br><br> Plaintiff, <br><br> v. <br><br> SPRINGFIELD, INC., <br> D/B/A SPRINGFIELD ARMORY, <br><br> Defendant. | Civil Action No. 4:21-CV-04085-SLD-JEH |

### JOINT PROPOSAL FOR CLAIM CONSTRUCTION BRIEFING

Following the teleconference held in this matter on Friday, August 26, 2022 before U.S. Mag. Judge Hawley, Plaintiff SIG SAUER Inc. and Defendant Springfield, Inc., d/b/a Springfield Armory (collectively, the "Parties"), submit the following proposal with respect to claim construction briefing in this matter.

**I.    Proposed Briefing Schedule:**

Below are the Parties' proposed deadlines for each claim construction briefing event:

| Event | Proposed Date | Party Providing |
|---|---|---|
| Opening Claim Construction Brief | September 30, 2022 | Plaintiff |
| Joint Appendix with contents specified in ND IL LPR 4.2(b), *i.e.*, patents & prosecution file histories | September 30, 2022 | Both Parties, Plaintiff to e-file |
| Responsive Claim Construction Brief | November 4, 2022 | Defendant |
| Claim Construction Reply Brief | November 21, 2022 | Plaintiff |
| Joint Claim Construction Chart of Disputed Terms | December 5, 2022 | Both Parties, Plaintiff to e-file |

## II.     Proposed Page Limits:

The Parties note that this Court's Local Rules do not specify page limits for claim construction briefs. The Parties have agreed that the Opening Claim Construction Brief and the Responsive Claim Construction Brief will each be no more than forty (40) pages in length, and that the Claim Construction Reply Brief will be no more than twenty (20) pages in length, excluding any cover page, table of contents, table of authorities, exhibits / appendices and certificate of service.

Respectfully submitted,

| SIG SAUER INC., Plaintiff | SPRINGFIELD, INC., d/b/a SPRINGFIELD ARMORY, Defendant |
|---|---|
| By: */s/ Laura L. Carroll* <br> Laura L. Carroll <br> Eric G. J. Kaviar <br> Daniel McGrath <br> BURNS & LEVINSON LLP <br> 125 High Street <br> Boston, MA 02110 <br> Tel: (617) 345-3000 <br> Fax: (617) 345-3299 <br> lcarroll@burnslev.com <br> ekaviar@burnslev.com <br> dmcgrath@burnslev.com | By: */s/ William A. McKenna* <br> Spiro Bereveskos <br> John C. McNett <br> William A. McKenna <br> WOODARD, EMHARDT, HENRY, REEVES & WAGNER, LLP <br> 111 Monument Circle, Suite 3700 <br> Indianapolis, IN 46204 <br> Tel: (317) 634-3456 <br> Fax: (317) 637-7561 <br> jmcnett@uspatent.com <br> wmckenna@uspatent.com |
| Daniel R. Saeedi (Bar #629493) <br> Paul J. Coogan (Bar #6315276) <br> TAFT STETTINIUS & HOLLISTER LLP <br> 111 East Wacker Suite 2800 <br> Chicago, IL 60601 <br> Tel: (312) 840-4308 <br> Fax: (312) 966-8527 <br> dsaeedi@taftlaw.com <br> pcoogan@taftlaw.com | James S. Zmuda (Bar #6282119) <br> Keisha N. Douglas (Bar #6323833) <br> CALIFF & HARPER, P.C. <br> 155 5th Avenue, Suite 700 <br> Moline, IL 61265 <br> Tel: (309) 764-8300 <br> Fax: (309) 405-1735 <br> jzmuda@califf.com <br> kdouglas@califf.com |

Dated: September 1, 2022

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on September 1, 2022, I electronically transmitted the foregoing to the Clerk of the Court using the CM/ECF System for filing and transmittal to the CM/ECF registrants.

                                            */s/ Laura L. Carroll*
                                            Laura L. Carroll